### December 14, 1971

No. 71–45 Martin S. Noble, SP–4, U. S. Army v LTG John J. Hay, Commanding General, Fort Bragg, North Carolina; MG George S. Blanchard, Commanding General, 82nd Airborne Division; LTC Joseph Lutz, Commanding Officer, 17th Cavalry-1st Squadron; MAJ Cornelius Creeden, Stockade Commander, Fort Bragg, North Carolina.

On consideration of the Petition for a Writ of Habeas Corpus, and of respondents' Reply to the Order to Show Cause, with attached affidavits, filed in the above-entitled action, it appearing that Petitioner has been released from confinement, it is, by the Court, this 14th day of December 1971,

ORDERED:
That said Petition be, and the same is hereby, dismissed as moot. This action is without prejudice to the right of petitioner to raise any issue presented by the facts related in said Petition by appropriate motion presented to the military judge of the court-martial to which the pending charges have been, or may be referred for trial.

### June 20, 1972

No. 72–23 Eddie J. Feldon, SGT, U. S. Air Force v Robert C. Seamans, Jr., Secretary of the Air Force; MAJ GEN John S. Samuel, USAF, Commander, Lowry Technical Training Center, Lowry AFB, Colorado; CAPT Lorne L. McGregor, Commander, 3415th Security Police Squadron, Lowry AFB, Colorado and CAPT Gary B. Jones, Confinement Officer, Lowry AFB, Colorado.

On consideration of the Petition for Writ of Habeas Corpus filed in the above-entitled action, it appearing that all matters presented therein may more appropriately be addressed to the military judge of the court-martial to which the charges against petitioner have been referred for trial, it is, by the Court, this 20th day of June 1972,

ORDERED:
That said Petition be, and the same is hereby, dismissed. Hallinan v Lamont, 18 USCMA 652 (1968).